# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **SINGLE POINT CONSTRUCTION, LLC** <br> 3729 Brightseat Road <br> Landover, Maryland 20785 <br><br> **Plaintiff,** <br><br> v. <br><br> **DICKINSON CAMERON CONSTRUCTION COMPANY, INC.** <br> 140 Lomas Santa Fe Drive, #202 <br> Solana Beach, California 92075, <br><br> *SERVE*: <br><br> Superintendent of Corporations <br> District of Columbia Department of <br> Consumer and Regulatory Affairs <br> Corporations Division Business Center <br> 941 N. Capitol Street NE, Room 1100 <br> Washington, DC 20002 <br><br> and <br><br> Heather Bliss, Registered Agent <br> 140 Lomas Santa Fe Drive, # 202 <br> Solana Beach, California 92075 <br><br> **Defendant.** | Civil Action No. |

GRANT, RIFFKIN &
STRAUSS, PC
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net

## **COMPLAINT**

Comes now Single Point Construction, LLC, with undersigned counsel, and for its complaint against Dickinson Cameron Construction Co., Inc., states and alleges as follows:

## Jurisdiction & Venue

1.      This case arises out of a construction project in the District of Columbia, and the amount in controversy, exclusive of interest, attorney fees and court costs, is greater than Seventy-Five Thousand Dollars ($75,000.$^{00}$).  The Court has jurisdiction pursuant to 28 USC § 1332, and venue is proper pursuant to 28 USC § 1391, as the construction project in issue is located in the District of Columbia, and a substantial part of the events or omissions giving rise to the claim occurred in the District of Columbia.

## Parties

2.      Plaintiff, Single Point Construction, LLC is a construction subcontractor specializing in demolition, concrete, masonry and structural steel.  Single Point is a Maryland Limited Liability Company with it principal place of business in Landover, Maryland

3.      Defendant, Dickinson Cameron Construction Company, Inc. is a construction general contractor.  Dickinson Cameron is a California corporation with its principal place of business in Solana Beach, California.

## Background and Claims

4.      Upon information and belief, Dickinson Cameron entered into a general contract with ZARA USA, Inc., in or about March 2007, for construction of certain improvements to the building located at 1025 F Street, N.W., Washington, D.C. ("the project").

5.      In April 2007, Single Point entered into four written agreements with Dickinson Cameron, totaling $196,395.00  to furnish labor and materials as a subcontractor to Dickinson Cameron on the project.  The four agreements called for

**GRANT, RIFFKIN & STRAUSS, PC**
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net

Single Point to perform its work in accordance with design documents that Dickinson Cameron furnished to Single Point, and divided the work as follows:

| | | |
|---|---|---|
| April 6, 2007 | $44,520.00 | Hard & Soft Demolition, including Breaking, Shoring, Excavation and Removal of Spoils |
| April 6, 2007 | $16,875.00 | Concrete and Concrete Placement |
| April 6, 2007 | $50,000.00 | Design, Fabrication, Placement and Erection of Steel and Handrail |
| April 6, 2007 | $85,000.00 | Design, Fabrication, Placement and Erection of Steel and Handrail |

6.  Single Point substantially performed its obligations under the agreements, but encountered delays and extra costs as a result of defects and omissions in the drawings that Dickinson Cameron furnished. In addition to providing Single Point with defective design documents, Dickinson Cameron failed, and now refuses, to pay Single Point for its work.

7.  Dickinson Cameron owes Single Point a principal balance of $86,875.00 on the four April 2007 contracts, and the principal amount of $74,320.36 on the changed and extra work that was primarily necessitated by the defective drawings that Dickinson Cameron furnished, for a total principal amount due of $161,195.36.

8.  Instead of paying the amount owed, Dickinson Cameron has offered an aggressively "lowball" amount, coupled with an open threat that it will drag Single Point through an expensive litigation that Dickinson Cameron, as a larger company, would better-equipped to endure.

WHEREFORE, Single Point respectfully demands that the Court judgment in favor of Single Point and against Dickinson Cameron, in the principal amount of $161,195.36,

GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net

together with interest, court costs and Attorney's fees and expenses, and any other relief that this Court my deem appropriate.

Respectfully submitted,

March 7, 2008

_____
Rena L. Strauss, Esquire
DC Bar No. 455028
GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Boulevard, Suite 390
Rockville, Maryland 20850
301 258 1033
mriffkin@grantlaw.net

Of Counsel:

Marc S. Zweben, Esquire
6178 Oxon Hill Road, Suite 300
Oxon Hill, Maryland 20745
202 498 3381
mzweben@aol.com

**GRANT, RIFFKIN & STRAUSS, PC**
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net

JS-44
(Rev.1/05 DC)

CIVIL COVER SHEET

m
08-412
RMC

## I.(a) PLAINTIFFS
SINGLE POINT CONSTRUCTION, LLC
3729 Brightseat Road
Landover, Maryland 20785

## DEFENDANTS
DICKINSON CAMERON CONSTRUCTION COMPANY, INC.
140 Lomas Santa Fe Drive, #202
Solana Beach, California 92075

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) Prince George's

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Rena L. Strauss, Esq., GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Boulevard, Suite 390, Rockville, Maryland 20850
(301) 258-1033

Case: 1:08-cv-00412
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/10/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC Section 1332

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** $161,195.36   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE March 7, 2008   SIGNATURE OF ATTORNEY OF RECORD   *Rina L. Strauss /MSZ*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.