CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| SINGLE POINT CONSTRUCTION, LLC<br>3729 Brightseat Road<br>Landover, Maryland 20785<br><br>vs         Plaintiff<br><br>DICKINSON CAMERON CONSTRUCTION<br>COMPANY, INC.<br>140 Lomas Santa Fe Drive, #202<br>Solana Beach, California  92075<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. | Case: 1:08-cv-00412<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 3/10/2008<br>Description: Contract |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __SINGLE POINT CONSTRUCTION, LLC__ certify that to the best of my knowledge and belief, there are not any parent companies, subsidiaries or affiliates of __either party__ that have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Rena L. Strauss/MSC_
Signature

District of Columbia Bar No. 455028
BAR IDENTIFICATION NO.

Rena L. Strauss,  GRANT, RIFFKIN & STRAUSS, PC
Print Name

9210 Corporate Boulevard, Suite 390
Address

Rockville     Maryland     20850
City          State        Zip Code

301 258 1033
Phone Number