UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE POINT CONSTRUCTION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DICKINSON CAMERON ) <br> CONSTRUCTION COMPANY, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 1:08-cv-00412 <br> Hon. Rosemary Collyer |

## MOTION TO ENTER A *PRO HAC VICE* APPEARANCE

Pursuant to Rule 83.2 (c) and (d) of the Local Rules of Practice for the United States District Court for the District of Columbia, defendant Dickinson Cameron Construction Company, Inc. moves this Court to allow Michael P. O'Day, associate in the law firm of DLA Piper US LLP, 6225 Smith Avenue, Baltimore, MD 21209-3600, (410) 580-3000, to appear as counsel *pro hac vice* in this case and in support thereof states as follows:

1.  Counsel for Defendant, Michelle L. Schaefer is an associate at DLA Piper LLP who is duly admitted to the Bar of the District of Columbia and is admitted before this Court.

2.  Michael P. O'Day is currently a member in good standing of the bar of Maryland (No. 27075). Mr. O'Day is also admitted to practice in the United States District Court for the District of Maryland and the Court of Appeals of Maryland. (*See* Certification attached hereto as Exhibit A.)

3.  Mr. O'Day is not currently, nor has he been previously, disciplined, suspended, or disbarred in any court.

4.  Mr. O'Day has never previously been admitted to practice *pro hac vice* in this Court.

WHEREFORE, defendant respectfully moves for the admission of Michael P. O'Day *pro hac vice* as co-counsel for defendant in the above-captioned case to perform all functions as counsel for defendant in this matter, including, but not limited to, signing pleadings, motions, and all papers; conducting discovery; and speaking on behalf of defendant in open Court.

Respectfully submitted,

/s/ Michelle L. Schaefer
Michelle L. Schaefer (D.C. Bar No. 478773)
DLA Piper US LLP
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000

Attorney for Defendant Dickinson Cameron Construction Company, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Maryland (No. 27075), and that I have not been disciplined by any bar. I have never previously been admitted to practice *pro hac vice* in this Court.

/s/ Michael P. O'Day
Michael P. O'Day, Esq.
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
(410) 580-3000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SINGLE POINT CONSTRUCTION, LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DICKINSON CAMERON )<br>CONSTRUCTION COMPANY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:08-cv-00412<br>Hon. Rosemary Collyer |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed postage-prepaid to:

Marc S. Zweben, Esq.  
6178 Oxon Hill Rd.  
Ste. 300  
Oxon Hill, MD 20745  

Rena L. Strauss, Esq.  
Grant, Riffkin & Strauss, PC  
9210 Corporate Blvd.  
Ste. 390  
Rockville, Md. 20850  

/s/ Michelle L. Schaefer  
Michelle L Schaefer (D.C. Bar No. 478773)  
DLA Piper US LLP  
500 Eighth Street, N.W.  
Washington, D.C. 20004  
(202) 799-4000  

Attorney for Defendant Dickinson Cameron Construction Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE POINT CONSTRUCTION, LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DICKINSON CAMERON )<br>CONSTRUCTION COMPANY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:08-cv-00412<br>Hon. Rosemary Collyer |

## ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* submitted by defendant, Dickinson Cameron Construction Company, Inc., it is, this ____ day of _____ 2008, by the U. S. District Court for the District of Columbia hereby ORDERED that:

1. The Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further

2. ORDERED that Michael P. O'Day is hereby admitted *pro hac vice* to represent Defendant, Dickinson Cameron Construction Company, Inc., in the above-captioned matter. Mr. O'Day is hereby authorized to perform all functions as counsel for Defendant in this matter, including, but not limited to, signing all pleadings, motions, and other papers; conducting discovery; and speaking on behalf of defendants in open Court.

Date: _____     _____
                                                                      United States District Court Judge

**EXHIBIT A**

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **MICHAEL P. O'DAY, ESQUIRE, BAR NUMBER 27075,** was duly admitted to practice in the United States District Court for the District of Maryland on MARCH 7, 2003, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: MAY 7, 2008

          FELICIA C. CANNON
                  Clerk

*Catherine Scaffidi* (signature)
Catherine Scaffidi - Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 2001,

### Michael P. O'Day

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of May, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland