**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **SINGLE POINT CONSTRUCTION, LLC** | \* |
| | \* |
| **Plaintiff,** | \* |
| | \* |
| v. | \*   Case: 1:08-cv-00412 |
| | \*         Hon. Rosemary Collyer |
| **DICKINSON CAMERON CONSTRUCTION** | \* |
| **COMPANY, INC.,** | \* |
| | \* |
| **Defendant.** | \* |

### SINGLE POINT'S ANSWER TO COUNTERCLAIM

Comes now Single Point Construction, LLC, with undersigned counsel, and for its answer to the counterclaim of Dickinson Cameron Construction Co., Inc., states as follows:

**Responses to Numbered Paragraphs**

1. Admitted.

2. Admitted.

3. Admitted as to the first two sentences. Denied as to the third sentence. The subcontract documents are the best evidence of their terms, and the characterizations of the subcontracts are therefore denied.

4. The subcontract documents are the best evidence of their terms, and the characterizations of the subcontracts are therefore denied.

5. Denied.

6. Denied.

7. Denied

8. Denied.

**Affirmative Defenses**

1. The counterclaim fails to state a claim upon which relief can be granted.

GRANT, RIFFKIN &
STRAUSS, PC
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net

2. The counterclaim is barred under the doctrines of waiver and/or estoppel.

WHEREFORE, Single Point respectfully requests that the Court enter judgment denying the counterclaim and awarding costs to Single Point.

Respectfully submitted,

June 3, 2008

/S/
Rena L. Strauss, Esquire
DC Bar No. 455028
GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Boulevard, Suite 390
Rockville, Maryland 20850
301 258 1033
mriffkin@grantlaw.net

Of Counsel:

Marc S. Zweben, Esquire
6178 Oxon Hill Road
Suite 300
Oxon Hill, Maryland 20745
202 498 3381
mzweben@aol.com

## Certificate of Service

I hereby certify service of this Answer by e-mail and first-class mail this June 3, 2008 on

Michelle L Schaeffer, Esquire
DLA Piper, US LLP
500 8th Street, NW
Washington, DC 20004
michelle.shaeffer@dlapiper.com

/S/
Rena L. Strauss

GRANT, RIFFKIN &
STRAUSS, PC
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net