UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SINGLE POINT CONSTRUCTION, LLC <br><br> Plaintiff, <br><br> v. <br><br> DICKINSON CAMERON CONSTRUCTION COMPANY, INC., <br><br> Defendant. | Case: 1:08-cv-00412 <br> Hon. Rosemary Collyer |

### NOTICE OF SUBSTITUTION OF COUNSEL

Comes now the Plaintiff, Single Point Construction, LLC, and gives Notice to this honorable Court, that counsel Michael L, Riffkin, Esq., of the firm GRANT, RIFFKIN, & STRAUSS, PC, is hereby substituted for counsel Rena L. Strauss, Esq., of the firm GRANT, RIFFKIN, & STRAUSS, PC. Please enter his appearance in this matter accordingly.

Respectfully Submitted,

/s/   Rena L. Strauss
Rena L. Strauss, Esq., #455028
GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Blvd, #390
Rockville, MD 20850

/s/   Michael L. Riffkin
Michael L. Riffkin, Esq., #469326
GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Blvd, #390
Rockville, MD 20850

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SINGLE POINT CONSTRUCTION, LLC<br><br>Plaintiff,<br><br>v.<br><br>DICKINSON CAMERON CONSTRUCTION COMPANY, INC.,<br><br>Defendant. | Case: 1:08-cv-00412<br>Hon. Rosemary Collyer |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of June, 2008, a copy of the foregoing Notice of Substitution of Counsel was sent via first-class mail, postage prepaid to:

Michelle L. Schaeffer, Esq.
DLA Piper, US LLP
500 8th Street, NW
Washington, DC 20004

Michael P. O'Day, Esq.
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

/s/ Michael L. Riffkin
Michael L. Riffkin, Esq., #469326
GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Blvd. #390
Rockville, MD 20850