REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Other Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>08-412 | DATE REFERRED:<br>7/9/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| SINGLE POINT CONSTRUCTION, LLC | DICKINSON CAMERON CONSTRUCTION COMPANY, INC., et al |

**ENTRIES:**

This matter is hereby referred for a period of 60 days for the purpose of mediation.