**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **SINGLE POINT CONSTRUCTION, LLC** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | **Case: 1:08-cv-00412** |
| * | **Hon. Rosemary Collyer** |
| **DICKINSON CAMERON** * | |
| **CONSTRUCTION COMPANY, INC.,** * | |
| * | |
| **Defendant.** * | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a), Single Point Construction, LLC, and Dickinson Cameron Construction Co., Inc., by their respective attorneys, hereby agree and stipulate to the dismissal of the claims and counter-claims in above-captioned matter with prejudice.

_____/S/_____
Michael Riffkin, Esquire
DC Bar No.
GRANT, RIFFKIN & STRAUSS, PC
9210 Corporate Boulevard, Suite 390
Rockville, Maryland 20850
301 258 1033
mriffkin@grantlaw.net

_____/S/_____
Michelle L Schaeffer, Esquire
DC Bar No.
DLA Piper, US LLP
500 8th Street, NW
Washington, DC 20004
202 799 4000
michelle.shaeffer@dlapiper.com

Michael P. O'Day, Esquire
Pro Hac Vice
DLA Piper US LLP
6225 Smith Ave.
Baltimore, MD 21209
410-580-4293
michael.oday@dlapiper.com

**GRANT, RIFFKIN & STRAUSS, PC**
9210 Corporate Boulevard
Suite 390
Rockville, MD 20850
Tel 301•258 •1033
Fax 301•330 •3491
mriffkin@grantlaw.net